THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CLEMON PORTER, Defendant-Appellant.

(No. 58489; ▮▮▮▮▮▮▮▮▮)

First District (4th Division)—September 25, 1974.

James J. Doherty, Public Defender, of Chicago, (Suzanne M. Xinos, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and Mariann Twist, Assistant State's Attorneys, of counsel), for the People.